UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Case No. 3:20-cv-799-WMC

DEBORAH LAUFER, individually,

    Plaintiff,

v.

CARRIER ACCOMMODATIONS, LLC,
d/b/a Seagull Bay Motel

    Defendant.
_____/

**NOTICE OF CHANGE OF ATTORNEY OF RECORD WITHIN FIRM
AND MOTION TO WITHDRAW AS ATTORNEY**

Kathy L. Houston, Esq., formerly of counsel to Thomas B. Bacon, P.A., pursuant to the applicable Federal Rules of Civil Procedure, hereby gives notice that she is no longer of counsel with the firm of Thomas B. Bacon, P.A., and requests that this Court relieve her of any further professional responsibility for this matter on behalf of the Plaintiff, Deborah Laufer.

Attorney Thomas B. Bacon has entered a Notice of Appearance and will continue to be counsel of record for the Plaintiff, Deborah Laufer, and should continue to receive all future pleadings and correspondence at Thomas B. Bacon, P.A., at the address and email listed below. A proposed Order is attached as Exhibit 1.

Respectfully Submitted,

| | |
|---|---|
| Kathy L. Houston, Esq. | Thomas B. Bacon, P.A. |
| 15321 S. Dixie Highway, Suite 205 | 4369 Lake Road |
| Miami, FL 33157 | Williamson, NY 114589 |
| Tel: 305-420-6609 - Fax: 786-441-4416 | Tel: 954-478-7811 |
| Email: CourtDocs@HoustonLawFL.com | Email: tbb@thomasbaconlaw.com |
| | |
| By: _____/s/ *Kathy L. Houston*_____ . | Thomas B. Bacon, Esq. |
| Kathy L. Houston, Esq. Florida Bar No. 56042 | |

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served on parties of record via the Court's CM/ECF system this 6th day of September, 2021 and to:

Carrier Accommodations, LLC, c/o Mollie K. Carrier, as Registered Agent, 325 S. 7th Street, Bayfield, WI 54814-4799

                                              By:    Kathy L. Houston, Esq.